USCA1 Opinion

 

 September 15, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1572  CONSTANCE CAMPISI, Plaintiff, Appellant, v. ANGELA C. MAFFEO, ETC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Constance Campisi on brief pro se. _________________ Antonette S. Fernandez, William H. Carroll and Dillon & Carroll _______________________ ___________________ ________________ on brief for appellee Angela C. Maffeo, Trustee. Timothy E. Sterritt on brief for appellee Alphonse A. Scott. ___________________ ____________________ ____________________ Per Curiam. The district court correctly dismissed __________ plaintiff's action for lack of federal jurisdiction. To the extent plaintiff wanted the district court to review the correctness of the state court decisions, plaintiff's action was properly dismissed because lower federal courts lack jurisdiction to review state court judgments. Rooker v. ______ Fidelity Trust Co., 263 U.S. 413 (1923). To the extent ___________________ plaintiff wanted the district court to hear and determine the merits of her controversies with defendants and their predecessors in title, the action was properly dismissed because plaintiff's disputes, as described in her complaint, amended complaint, and other papers, are not the type of matters over which federal courts have jurisdiction. _______ Affirmed. ________ -3-